## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RODERICK LUJAN, as Personal
Representative of the Estate of CLEOTILDE URIOSTE,

        Plaintiff,

vs.                     No. _____

CORPORATION X, CORPORATION Y,
VISTA LIVING COMMUNITIES, LLC,
AN OHIO COMPANY, d/b/a THE ARBORS OF DEL REY,
JESUS ROBERTO DURAN, M.D.,
JOHN DOES 1-5 and JANE DOES 1-5,

        Defendants.

### AFFIDAVIT OF STEVEN S. SCHOLL

I, Steven S. Scholl, on my oath, do hereby state and depose:

1.     I am over the age of 18, I am an attorney in good standing and licensed in New

Mexico, I have personal knowledge of the facts stated in this Affidavit and I am otherwise competent

to make this Affidavit.

2.     I represent Defendant Vista Living Communities, LLC, an Ohio company, d/b/a The

Arbors of Del Rey (Defendant Vista).

3.     On Thursday, April 28, 2011, I contacted Jesus Roberto Duran, M.D.

4.     At the time I contacted Dr. Duran, he was unaware that he was named as a defendant

in the state court action filed by Plaintiff Roderick Lujan, as Personal Representative of the Estate

of Cleotiled Urioste captioned *Lujan v. Vista Living Communities, LLC, et. al.*, case number D-412-

CV-201100075 ("state court action").

5.     Dr. Duran confirmed that he has not been served with a Summons or copy of the

Complaint in the state court action; nor has Dr. Duran otherwise received a copy of the Complaint.



EXHIBIT

B

6.      Dr. Duran is further unaware of any complaint filed with the New Mexico Medical review commission against him by the Estate of Cleotilde Urioste and/or Roderick Lujan, individually, and/or as Personal Representative of the Estate of Cleotilde Urioste.

7.      One April 28, 2011, I reviewed the New Mexico Courts On-Line Case Look-up (http://www2.nmcourts.gov/caselookup/app) for *Lujan v. Vista Living Communities, LLC, et. al.*, case number D-412-CV-201100075. A copy of the online case docket for *Lujan v. Vista Living Communities, LLC, et. al.*, case number D-412-CV-201100075 is attached hereto as Exhibit 1.

8.      The on-line case docket for the state court action shows no filed return of service for Defendant Jesus Roberto Duran, M.D.

9.      The on-line case docket for the state court action shows no Summonses issued for Defendants  Corporation X, Corporation Y, John Does 1-5 or Jane Does 1-5.

10.      On April 28, 2011, my office contacted a Court Clerk ("Helen") at the Fourth Judicial District Court, Las Vegas (#412), New Mexico.

11.      The Court Clerk confirmed that no return of service for Defendant Jesus Roberto Duran, M.D. had been filed in the state court action as of April 28, 2011.

12.      The Court Clerk confirmed that no Summonses for Defendants  Corporation X, Corporation Y, John Does 1-5 or Jane Does 1-5 have been issued in the state court action as of April 28, 2011.

13.      I have reviewed the Complaint to Recover Damages for Personal Injuries and Wrongful Death Arising out of Negligence, Medical Negligence, Misrepresentation, Breach of Contract, Unfair Trade Practices, Negligent Infliction of Emotional Distress, Violation of the

Resident Abuse and Neglect Act, and Loss of Consortium ("Complaint") on filed on February 8, 2011, in the Fourth Judicial District Court, County of San Miguel, New Mexico (No. D-412-CV-2011-00075).

14.    Based upon my twenty-two (22) years of practicing law in New Mexico, trying over fifty (50) cases in both New Mexico State courts and the United State District Court for the District of New Mexico and litigating approximately one hundred (100) medical malpractice lawsuits, and upon my review of the facts, allegations and claims asserted in the Complaint, my opinion is that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

15.    Further, Affiant sayeth naught.

_____
Steven S. Scholl


STATE OF NEW MEXICO              )
                                 ) ss.
COUNTY OF BERNALILLO             )

Subscribed and sworn to before me this 28th day of April, 2011, by Steven S. Scholl.

_____
Notary Public

My commission expires:

01/16/12



OFFICIAL SEAL
Veronica N. Lewis
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: _____

D-412-CV-201100075 - Thursday, April 28, 2011

# Roderick Lujan

### v.

# Vista Living Communities, LLC, et. al.

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-412-CV-201100075 | Mathis, Eugenio S. | 02/08/2011 | LAS VEGAS  District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | VISTA LIVING COMMUNITIES, LLC |
| D | Defendant | 2 | CORPORATION X |
| D | Defendant | 3 | CORPORATION Y |
| D | Defendant | 4 | AN OHIO COMPANY |
| D | Defendant | 5 | DURAN JESUS ROBERTO |
| DC | Decedent | 1 | URIOSTE CLEOTILDE |
| P | Plaintiff | 1 | LUJAN RODERICK |
| | ATTORNEY: ROMERO DAVE ELOY | | |
| | ATTORNEY: CHELPATY TIM | | |
| | ATTORNEY: KAUFFMAN GREGORY R. | | |
| PR | Personal Representative | 1 | LUJAN RODERICK |
| | ATTORNEY: ROMERO DAVE ELOY | | |
| | ATTORNEY: CHELPATY TIM | | |
| | ATTORNEY: KAUFFMAN GREGORY R. | | |

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| LUJAN RODERICK | P | 1 |
| VISTA LIVING COMMUNITIES, LLC | D | 1 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 2 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Wrongful Death, Non-Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 3 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Medical Malpractice |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 4 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Miscellaneous |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|

EXHIBIT

1

tabbies®

D-412-CV-201100075 - Thursday, April 28, 2011

| 02/08/2011 | 5 | | OPN: COMPLAINT | |
|---|---|---|---|---|

| COA SEQ # | COA DESCRIPTION | |
|---|---|---|
| 1 | Miscellaneous | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 6 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION | |
|---|---|---|
| 1 | Breach of Contract | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 7 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION | |
|---|---|---|
| 1 | Miscellaneous | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 8 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION | |
|---|---|---|
| 1 | Miscellaneous | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 02/08/2011 | 9 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION | |
|---|---|---|
| 1 | Loss of Consortium | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 03/22/2011 | | | | | |
| | Issued to CT Corporation System | | | | |
| 03/22/2011 | | | | | |
| | Issued to Jesus Duran | | | | |
| 02/16/2011 | NTC: JUDGE ASSIGNMENT | | | | |
| | Notice of Judge Assignment; Judge Mathis assigned to case due to Recusal of Judge Sandoval | | | | |
| 02/16/2011 | JDG: JUDGE RECUSAL | | | | |
| | Notice of Voluntary Recusal; from Judge Sandoval | | | | |
| 02/08/2011 | OPN: COMPLAINT | | | | |
| | Complaint to Recover Damages for Personal Injuries and Wrongful Death Arising out of Negligence, Medical Negligence, Misrepresentation, Breach of Contract, Unfair Trade Practices, Negligent Infliction of Emotional Distress, Violation of Resident Abuse and Neglect Act, and Loss of Consortium | | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 02/08/2011 | Sandoval, Matthew J. | 1 | INITIAL ASSIGNMENT |
| 02/16/2011 | Mathis, Eugenio S. | 2 | Judge Recused |