

## CORPORATIONS DIVISION



NEW MEXICO
**PRC**
PUBLIC REGULATION COMMISSION

Total Hits as of Today : 522629
Active users browsing the site: 129

Back to Search

### Entity Detail

**VISTA LIVING COMMUNITIES, LLC**
**Ohio Foreign Limited Liability Company**

| Filing Information | | Address Information |
|---|---|---|
| | | **Mailing Address** |
| | | 7150 GRANITE CIRCLE |
| CorpNmprc# | 1869171 | TOLEDO,OH,US,43617 |
| Purpose | NOT REQUIRED | **Corporation Address** |
| Corporation Status | EX-Exempt | '',' |
| Date Of Incorporation | 06/12/1997 | **OutOfState Address** |
| State Of Incorporation | OH | '',' |
| FiscalYearDate | | **Foreign Address** |
| | | '',' |

| Agent Information | Director(s) Information |
|---|---|
| C T CORPORATION SYSTEM | |
| 123 EAST MARCY | |
| SANTA FE, NM, 87501 | |

| Officer(s) Information | Cooperative License Information |
|---|---|
| Orgnzr1 : TICE, RONALD J. | Licence# : |
| Orgnzr2 : | Expiration Year : |
| Orgnzr3 : | Type : |
| Orgnzr4 : | |

| Instrument Information | | Supplemental Post Mark Dates |
|---|---|---|
| InstrumentNumber | 3305349 | |
| Filing Date | 12/09/2005 | |
| Instrument Type | amended certificate of registration | |
| Instrument Text | CNT VISTA LIVING COMMUNITIES, LLC (4 PG) | Supplemental : |
| InstrumentNumber | 1869171 | Purpose Change : |
| Filing Date | 06/12/1997 | Agent Resigned : |
| Instrument Type | Certificate Of Registration | Name Change : |
| Instrument Text | GRANITE CIRCLE INVESTORS LTD. (IN NM GRANITE CIRCLE INVESTORS LTD. CO.) ORGANIZED IN OHIO JUNE 5, 1997 PERPETUAL | |

**Note: This is not official record. Please contact NMPRC if question or conflict.**

EXHIBIT

C

1 of 1

4/28/2011 11:31 PM