STATE OF NEW MEXICO
COUNTY OF SAN MIGUEL
FOURTH JUDICIAL DISTRICT

RODERICK LUJAN., as Personal Representative
of the Estate of CLEOTILDE URIOSTE,
               Plaintiff,

vs.                                             NO: D 412-CV 2011-75

CORPORATION X, CORPORATION Y,
VISTA LIVING COMMUNITIES, LLC,
AN OHIO COMPANY, d/b/a THE ARBORS OF DEL REY,
JESUS ROBERTO DURAN, M.D.,
JOHN DOES 1-5 AND JANE DOES 1-5
               Defendants

## SUMMONS

TO:   Jesus Roberto Duran, M.D.
       2450 S. Telshor Blvd.
       Las Cruces, New Mexico 88012

Defendant, GREETINGS:

    You are hereby directed to serve a pleading or motion in response to the Complaint, within 30 days after service of the Summons, and file the same, all as provided by law.

    You are notified that, unless you so serve and file a responsive pleading or motion, the Plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

Attorneys for Plaintiff:
       -Dave Romero, Jr. P. O. Box 3030, Las Vegas, New Mexico 87701, (505) 425 7000,
       -Tim Chelpaty Attorney, 121 Wyatt Drive, Suite-2, Las Cruces, NM 88005 (575)525 3123),
       -Gregory R. Kauffman, M.D., J.D, Cid Lopez, Attorney, 500 Tijeras Avenue., N.W.,
Albuquerque, New Mexico 87102 (505) 242 5297

WITNESS the Honorable Eugenio S. Mathis District Judge of said Court of the State of New Mexico and the Seal of the District Court of said County, this 21 day of March, 2011.
                                          Clerk Of The District Court   **Fred A. Sena**

                                              By: _Kelvin Jaramillo_
                                                    Deputy

# EXHIBIT 1

# RETURN

STATE OF <u>NEW MEXICO</u>     )
                              ) ss.
COUNTY OF <u>DONA ANA</u>      )

D-412-CV-201100075

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Dona Ana</u> County on the <u>4th</u> day of <u>May</u>, 20<u>11</u>, by delivering a copy of this summons, with a copy of the complaint, attached, in the following manner:  delivering a copy of this summons

☐ To Respondent _____ (used when Respondent accepts a copy of summons and petition or refuses to accept the summons and petition)

☐ To Respondent by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service)

After attempting to serve the summons and complaint on the Respondent by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of petition attached, in the following manner:

☐ To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Respondent _____ (used when Respondent is not presently at place of abode) and by mailing by first class mail to the Respondent at _____ a copy of the summons and petition.

☐ To _____ the person apparently in charge at the actual place of business or employment of the Respondent and by mailing by first class mail to the Respondent at _____ (INSERT RESPONDENT'S BUSINESS ADDRESS) and by mailing the summons and petition by first class mail to Respondent at _____ (INSERT RESPONDENT'S LAST KNOWN MAILING ADDRESS)

☑ To <u>Jenniva Hernandez</u> an agent authorized to receive service of process for Respondent <u>Jesus Roberto Duran</u>.

☐ To _____ (parent) (guardian) (custodian) (conservator) (guardian ad litem) of Respondent _____ (used when Respondent is a minor or an incompetent person.)

☐ To _____ (name of person), _____ (title of person authorized to receive service. Use this alternative when the Respondent is a corporation or an association subject to a suit under common name, a land grant board of trustees, the State of New Mexico or any political subdivision)

Fees: $ _____

_____
Signature of person making service
Jack Rokowski 575 805-9056
Title (if any)

Subscribed and sworn to before me this _____ day of <u>May</u>, 20 <u>11</u>

_____
Judge, notary or other officer authorized to administer oaths

My commission expires:
<u>11-27-12</u>                             Official title

HLF 3995.070

# EXHIBIT 1